## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

MAZ PARTNERS LP, on behalf of itself and
all others similarly situated,

          Plaintiff,

      v.

BRUCE A. SHEAR, DAVID E.
DANGERFIELD, WILLIAM F. GRIECO,
HOWARD W. PHILLIPS, DONALD E.
ROBAR, DOUGLAS J. SMITH, PHC, INC.,
ACADIA HEALTHCARE COMPANY,
INC., and ACADIA MERGER SUB LLC,

          Defendants.

Civil Action No. _____

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Bruce A. Shear, David E. Dangerfield,

William F. Grieco, Howard W. Phillips, Donald E. Robar, Douglas J. Smith (collectively, the

"Individual Defendants"), PHC, Inc., Acadia Healthcare Company, Inc., and Acadia Merger Sub

LLC (together with the Individual Defendants, the "Defendants"), by their respective

undersigned counsel, hereby remove this action pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and

15 U.S.C. § 78bb(f)(2) from the Superior Court Department of the Trial Court of Essex County,

Massachusetts, and state as follows:

1.     A civil action was commenced on June 2, 2011, and is now pending in the

Superior Court Department of the Trial Court of Essex County, Massachusetts, Case No. 2011-

01041-D (the "State Court Action"). The Complaint, which purports to be a class action, alleges

violations of fiduciary duty and aiding and abetting the breach of fiduciary duty and requests

relief including injunctive relief, monetary damages, and attorneys' fees. Plaintiff demands class

action treatment and a trial by jury in the State Court Action for all issues so triable.

2.      The gravamen of the Plaintiff's complaint relates to the conduct of officers and directors of PHC, Inc. in connection with a proposed merger with Acadia Healthcare Company, Inc. Plaintiff claims that the Individual Defendants violated U.S. securities laws (including the Securities Exchange Act of 1934) by "failing to disclose [] material non-public information in their possession, including the full extent of future earning potential of PHC and its expected increase in profitability . . . ." *See* Complaint at ¶ 71. Thus, removal is also proper under the general removal provision of the Securities Litigation Uniform Standard Act of 1998 ("SLUSA"), 15 U.S.C. § 78bb(f)(2) because the case is: (1) a "covered class action"; (2) based on state law; (3) involves a "covered security"; and (4) includes an allegation that the defendant misrepresented or failed to disclose a material fact in connection with the purchase or sale of such security. *Id.*

3.      The Court has original jurisdiction over this action pursuant to the SLUSA general removal provision and 28 U.S.C. § 1331 and the case may be removed pursuant to 28 U.S.C. § 1441(b) without regard to the citizenship or residence of the parties.

4.      To date, none of the Individual Defendants have been served, nor have Defendants Acadia Healthcare Company, Inc., and Acadia Merger Sub LLC. Defendant PHC, Inc. was served with the Complaint and Summons on June 9, 2011.

5.      This Notice of Removal is being filed within thirty (30) days of the date on which Defendant PHC, Inc. received a copy of the Complaint, the initial pleading setting forth the claims against Defendants and from which Defendants first became aware of the claims in the State Court Action. Appended to this Notice, in accordance with 28 U.S.C. § 1446(a), are copies of all papers, pleadings, and orders received by Defendant PHC, Inc.

6.      Defendants will file a copy of this Notice, and a Notice of Filing Notice of

Removal, with the Clerk of the Court for the Superior Court Department of the Trial Court of

Essex County, Massachusetts in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the State Court Action be removed

to this Court for all purposes for such other and further relief as may be just and proper.

Date: _6 /2 1/ 11_

Respectfully submitted,

BRUCE A. SHEAR, DAVID E.
DANGERFIELD, WILLIAM F. GRIECO,
HOWARD W. PHILLIPS, DONALD E.
ROBAR, DOUGLAS J. SMITH, and PHC, Inc.,

By their attorneys,

Daniel R. Deutsch, BBO # 551744
Deutsch Williams
One Design Center Place, Suite 600
Boston, MA 02210
Telephone: (617) 951-2300
Facsimile: (617) 951-2323
ddeutsch@dwboston.com

3

## CERTIFICATE OF SERVICE

I hereby certify that this 21st day of June, 2011, I caused the foregoing Notice of

Removal to be served by first class mail, postage pre-paid, upon:

        Norman Berman, Esq.
        Berman DeValerio
        One Liberty Square
        Boston, MA 02109

        Richard M. Zielinski
        Leonard H. Freiman
        GOULSTON & STORRS, P.C.
        400 Atlantic Avenue
        Boston, Massachusetts 02110-3333

                Daniel R. Deutsch

DWLIBDB\253311.1  3608/05

4